UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:23-mj-346

v.                                          Hon. Ray Kent

JORDAN ISAIAH WATTS,

       Defendant.
_____/

**ORDER OF DETENTION**

On August 2, 2023, this matter came before me for a bond hearing. After hearing evidence and arguments, I ordered Pretrial Services to conduct additional investigation. I intended to release the defendant on bond depending on the outcome of that additional investigation. Upon further reflection, I believe this was the wrong decision. Based on all the evidence, I find that the Government has met its burden of proving that the defendant is both a risk of non-appearance and a danger to the community. For these reasons, I order him detained pending further proceedings before the District Judge.

**IT IS SO ORDERED.**


Dated: August 3, 2023                    /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge